**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00641-CV

### JERRON C. HILL, M.D., ET AL., Appellants

### V.

### TX-AN ANESTHESIA MANAGEMENT, LLP, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07088-K**

## ORDER

The Court has before it appellees' September 17, 2013 joint motion for extension of time to file their answering briefs, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by October 30, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE